# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD LEE JACKSON,** | : | **CIVIL ACTION NO. 1:05-CV-1414** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **WARDEN RONNIE HOLT,** | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 25th day of July, 2005, upon consideration of the application to proceed *in forma pauperis* (Doc. 2), and upon preliminary review of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), see R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. § 2241 in the discretion of the court), in which petitioner avers that respondent must calculate good-time credit based upon the sentence imposed rather than the amount of time served on the sentence, and it appearing that the Court of Appeals for the Third Circuit has resolved the issue and has held contrary to petitioner's argument, see O'Donald v. Johns, 402 F.3d 172, 174 (3d Cir. 2005),[1] it is hereby ORDERED that:

---

[1] See also, Perez-Olivio Chavez, 394 F.3d 45, 49 (1st Cir. 2005); White v. Scibana, 390 F.3d 997 (7th Cir. 2004); Brown v. Hemingway, 53 Fed. Appx. 338, 339 (6th Cir. 2002); Pacheco-Comancho v. Hood, 272 F.3d 1266 (9th Cir. 2001); Ramirez-Ramiro v. Holt, No. 05-1151, 2005 WL 1413239 (M.D. Pa. June 14, 2005) (Nealon, J); Alwan v. Holt, No. 05-977, 2005 WL 1229730 (M.D. Pa. May 24, 2005) (Caputo, J.); Carlucci v. Holt, No. 04-2669 (M.D. Pa. Apr. 14, 2005) (Conner, J.).

1. The application to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DENIED.  <u>O'Donald v. Johns</u>, 402 F.3d 172, 174 (3d Cir. 2005).

3. A certificate of appealability is DENIED.

4. The Clerk of Court is directed to CLOSE this case.


      <u>S/ Christopher C. Conner</u>
      CHRISTOPHER C. CONNER
      United States District Judge